UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-22517 |
| | ) | |
| LOMBARD PUBLIC FACILITIES CORPORATION | ) ) | Chapter: 11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

### ORDER AUTHORIZING EMPLOYMENT OF EISNERAMPER LLP AS FINANCIAL ADVISORS TO DEBTOR

THIS CAUSE coming on to be heard on the motion (the "Motion") of Lombard Public Facilities Corporation, debtor and debtor in possession herein (the "Debtor"), to employ the accounting and advisory firm of EisnerAmper LLP, pursuant to 11 U.S.C. § 327 and Rule 2014 of the Federal Rules of Bankruptcy Procedure, as the Debtor's financial advisors in the above-referenced Chapter 11 Case; due written notice hereof having been given to the Office of the United States Trustee and all other parties entitled thereto; and the Court having heard and considered the statements of counsel present and being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion is hereby granted and the Debtor be and hereby is authorized to retain the accounting and advisory firm of EisnerAmper LLP as financial advisors to the Debtor in the above-captioned Chapter 11 case under a general retainer, and pursuant to the Engagement Letter (as that term is defined in the Motion) effective as of July 28, 2017. All fees and expenses of EisnerAmper, LLP are subject to further Court approval.

Enter: *[signature]*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: AUG 24 2017

**Prepared by:**
BRAD A. BERISH, ESQ. (ARDC #06200891)
HENRY B. MERENS, ESQ. (ARDC #6181695)
STEVEN B. CHAIKEN, ESQ. (ARDC #6272045)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd, Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
Proposed Counsel for the Debtor

Rev: 20170105_bko